NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1025

ARLINGTON INDUSTRIES, INC.,

Plaintiff-Appellant,

v.

BRIDGEPORT FITTINGS, INC.,

Defendant-Appellee.

Appeal from the United States District Court for the Middle District of Pennsylvania in case no. 06-CV-1105, Judge A. Richard Caputo.

ON MOTION

ORDER

Arlington Industries, Inc. moves to stay the briefing schedule pending final disposition of a related case or alternatively moves for a 59-day extension of time, until February 12, 2010, to file its opening brief. Bridgeport Fittings, Inc. opposes. Arlington replies. Arlington submits a second "emergency" motion for an extension of time to file its brief. Bridgeport opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)   The motion to stay the briefing schedule is denied.

(2)   The motion for a 59-day extension of time is granted. No further extensions should be anticipated.

(3)   The second motion for an extension of time is denied as moot.

FOR THE COURT

DEC 1 7 2009
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Kathryn L. Clune, Esq.
Deanne E. Maynard, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 1 7 2009

JAN HORBALY
CLERK

2010-1025                    2